NUMBER 13-05-192-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JOHN KNOX VILLAGES OF THE LOWER 

RIO GRANDE VALLEY,
INC., ET AL.,                                           Appellants,

 

                                                             v.

 

GABRIEL GONZALES, M.D., ET AL.,                                             Appellees.

____________________________________________________________

 

                             On
appeal from the 139th District Court

                                        of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

            Before
Chief Justice Valdez and Justices Yañez and Garza

                                 Memorandum
Opinion Per Curiam

 








Appellants, JOHN KNOX VILLAGES OF THE
LOWER RIO GRANDE VALLEY, INC., ET AL., perfected an appeal from a judgment
entered by the 139th District Court of Hidalgo
County, Texas, in cause number C-202-02-C.  The parties in this cause notified this Court
that this cause has settled.  Currently
pending before this Court is a  motion to
dismiss filed by appellee, Gabriel Gonzales, M.D., and a motion to dismiss
filed by appellee/cross-appellant, Janet Yanez, individually and as
co-executrix of the Estate of Ferguson Wood, and Janice Wood, individually and
as co-executrix of the Estate of Ferguson Wood.    Appellant John Knox Villages of the Lower
Rio Grande Valley, Inc. has filed a response to appellee Gonzales= motion in which it states that it is not opposed to
the dismissal of its appeal against Gonzales if plaintiffs= (Yanez-Woods) appeal is also dismissed.  

The Court, having examined and fully considered the
documents on file, is of the opinion that the motions to dismiss the appeal
should be granted.  The motions to
dismiss are granted, and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum
Opinion delivered and 

filed
this the 9th day of February, 2006.